## STATE OF OREGON,
*Respondent,*

*v.*

## JAMES K. WARREN,
*Appellant.*

## (CR9-1955-JT; CA A62617)

790 P2d 47

Michael W. Seidel, Bend, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Vera Langer, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and Warren, Judge.

**PER CURIAM**

Defendant was charged with assault in the fourth degree. ORS 163.160(1)(a). He was convicted of harassment. ORS 166.065(1)(a)(A). The state concedes that harassment is not a lesser included offense under the assault charge. We accept the concession.

Reversed.